**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-2224**

---

In re: MITCHELL DANYELL BANKS,

       Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the Middle District of North Carolina, at Greensboro.  (1:21-cr-00344-WO-1; 1:25-cv-00252-WO-LPA)

---

Submitted:  December 18, 2025                Decided:  December 22, 2025

---

Before NIEMEYER and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Mitchell Danyell Banks, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mitchell Danyell Banks petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 motion, which Banks filed in March 2025.  Banks asks this court to enforce the district court's compliance with the statutory time limits contained in 28 U.S.C. § 2266.

Review of the district court's docket reveals that Banks filed a reply to the Government's response to his § 2255 motion in July 2025.  Thus, to the extent that Banks asks us to order the district court to decide the § 2255 motion, the present record reveals no undue delay in Banks' habeas proceeding.

We therefore deny the mandamus petition.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2